UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

MICHAEL J. WALSH,                                                                Civil No. 05-2673 (RHK/JSM)

       Plaintiff,

v.                                                                                                          **ORDER**

THE UNIVERSITY OF MINNESOTA, and
JANICE L. HOISTAD, Ph.D.,

       Defendants.

_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 1, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED**:

1. The Report and Recommendation (Doc. No. 3) is **ADOPTED**;

2. Plaintiff's "Application to Proceed Without Prepayment of Fees" (Doc. No. 2) is **DENIED**; and

3. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: December 27, 2005

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge